IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

PHAM BINH VAN,                                        *

                Petitioner,              *

v.                                                   Case No.  4:25-cv-418-CDL-AGH

                                            *

WARDEN, STEWART DETENTION CENTER,
*et al.*,                                            *

                Respondents.             *

## J U D G M E N T

Pursuant to this Court's Order dated 2/25/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 25th day of February, 2026.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk